White Plains Development Company, Appellant, v. Emma E. Reed and Others, Defendants. Scarsdale Estates, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Max Chasen, Appellant, v. Astoria Light, Heat and Power Company, Respondent.— Judgment affirmed, with costs. No opinion. Burr, Thomas, Stapleton and Rich, JJ., concurred; Jenks, P. J., not voting.

Orange T. Fanning and Thomas O'Donnell, Appellants, v. Belle Terre, Otherwise Known as Belle Terre Estates, Incorporated, etc., and Others, Respondents, Impleaded with Charles A. Squires, as Trustee in Bankruptcy, etc., Appellant, and Others, Defendants.— Judgment affirmed, with costs, on authority of *Fanning* v. *Belle Terre* (152 App. Div. 718). Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.

Michael Foley, as Guardian ad Litem of Laura Foley, an Infant, Respondent, v. Mary E. Newman, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

John I. Howe, Jr., Respondent, v. Gustav A. Gubitz and Others, Defendants, Impleaded with Isidor H. Aaron and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Emilie Huber, Deceased. Louis D'Esterre and Another, Appellants; Joseph Huber, Executor, etc., Respondent.— Decree and orders of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Burr, J., not voting.

In the Matter of Supplementary Proceedings. Lefstein & Rosenfeld Company, Appellant; Henry J. Hunt, Respondent.— Order affirmed, without costs. The determination was within the discretion of the justice. He might well be reluctant to convict of contempt on *ex parte* papers, and he might well remit the creditor to the remedy of procuring the attendance of the debtor by attachment. (See *Matter of Nejez*, 54 Misc. Rep. 38.) Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.

In the Matter of the Application of Robert Henry Stevens, Appellant, for a Peremptory Writ of Mandamus against Charles J. McCormack, as President of the Borough of Richmond, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., not voting.